

# MANDATE

## The Fourteenth Court of Appeals

### NO. 14-14-00935-CR

Shelton Robert Modelist, Appellant

v.

The State of Texas, Appellee

Appealed from the 185th District Court of Harris County. (Tr. Ct. No. 1419862). Opinion delivered by Per Curiam.

**TO THE 185TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals on February 3, 2015, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause was heard on the transcript of the record of the court below. The record indicates that the appeal should be DISMISSED. The Court orders the appeal **DISMISSED** in accordance with its opinion.

We further order appellant pay all costs expended in the appeal.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, May 01, 2015.

**CHRISTOPHER A. PRINE, CLERK**